**HOME GAMBLING NETWORK, INC., and Mel Molnick, Plaintiffs–Appellants,**

v.

**Christopher PICHE, Inversiones VC Dos Mil S.A. (doing business as Casinoweb.com), and Eyeball Networks, Inc., Defendants–Appellees,**

and

**Margaret Piche, Internet Opportunity Entertainment, Electronic Financial Services Carribean, Inc., Starnet Systems International, Inc., and World Gaming Services, Inc., Defendants.**

No. 2014–1053.

United States Court of Appeals, Federal Circuit.

June 9, 2014.

* Sharon Prost assumed the position of Chief Judge on May 31, 2014.

Sid Leach, Snell & Wilmer L.L.P., of Phoenix, AZ, argued for plaintiffs-appellants.

Jacob A. Reynolds, Hutchison & Steffen, LLC, of Las Vegas, NV, argued for defendants-appellees. With him on the brief was Philip A. Kantor, Philip A. Kantor, P.C., of Las Vegas, NV.

PROST,* Chief Judge, BRYSON and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**